[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 30, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-10491
Non-Argument Calendar

_____

D. C. Docket No. 03-20471-CR-ASG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE L. FULTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(November 30, 2007)**

Before EDMONDSON, Chief Judge, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Nathan Clark, appointed counsel for Eddie Fulton in this direct criminal and

sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fulton's convictions and sentences are **AFFIRMED.**